```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
```

--------------------------------------------X
                                             :
BLACKWATER SECURITY CONSULTING, LLC and       :
FIDELITY & CASUALTY COMPANY OF NEW            :
YORK/CNA INTERNATIONAL,                       :
                                             :
             Plaintiffs/Petitioners,          :     Case No.
                                             :     07-cv-5565 (RJH)
       v.                                     :
                                             :     ECF Case
PATRICIA IRBY (on behalf of the minor         :
children of STEPHEN S. HELVENSTON,            :
deceased), JUNE BATALONA (widow of WESLEY     :
BATALONA), and DIRECTOR, OFFICE OF            :
WORKERS' COMPENSATION PROGRAMS, UNITED        :
STATES DEPARTMENT OF LABOR,                   :
                                             :
             Defendants/Respondents.          :
                                             :
--------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs/Petitioners Blackwater Security Consulting, LLC and Fidelity & Casualty Company of New York/CNA International (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

      (1) Plaintiff/Petitioner Blackwater Security Consulting, LLC is a wholly-owned subsidiary of The Prince Group.  No publicly-held company owns ten percent (10%) or more of the stock of Blackwater Security Consulting, LLC.

      (2)  Plaintiff/Petitioner Fidelity & Casualty Company of New York/CNA International has no corporate parent.  In addition, no publicly-held company owns ten percent (10%) or more of the stock of Fidelity & Casualty Company of New York/CNA International.

Dated:  New York, New York  
        June 11, 2007

                FLICKER, GARELICK & ASSOCIATES, LLP  
                Attorneys for Plaintiffs/Petitioners

        By: _____/s/_____  
            Keith L. Flicker (KF-6447)  
            45 Broadway  
            New York, New York 10006  
            (212) 319-5240