UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKWATER SECURITY ) <br> CONSULTING, LLC ) <br> ) <br> and ) <br> ) <br> FIDELITY & CASUALTY COMPANY OF ) <br> NEW YORK/CNA INTERNATIONAL ) <br> ) <br> Petitioners ) <br> ) <br> v. ) <br> ) <br> PATRICIA IRBY (on Behalf of the Children ) <br> Of Stephen S. Helvenston, deceased), ) <br> ) <br> JUNE BATALONA ) <br> (Widow of Wesley K. Batalona), ) <br> ) <br> and ) <br> ) <br> DIRECTOR, OFFICE OF WORKERS' ) <br> COMPENSATION PROGRAMS, UNITED ) <br> STATES DEPARTMENT OF LABOR, ) <br> ) <br> Respondents. ) | No. 07-CV-5565 |

**DECLARATION PURSUANT TO 28 U.S.C. §1746**

SUSAN B. JACOBS, says:

That on July 27, 2007, I served a copy of the within Motion to Dismiss for Lack of Jurisdiction to the following by enclosing a true copy of

same in securely sealed United States Government postage-free, franked envelopes addressed as follows:

Keith L. Flicker, Esq.
Flicker, Garelick & Assoc.
45 Broadway
New York, NY 10006
*Attorneys for Employer/Carrier*

Marc P. Miles, Esq.
Callahan & Blaine, APLC
3 Hutton Centre Dr., Ste 900
Santa Ana, CA 92707
*Attorneys for Claimants*

Executed on July 27, 2007

_____
SUSAN B. JACOBS